NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DWAYNE JARREL JOHNSON,          )
                                )
          Appellant,            )
                                )
v.                              )          Case No. 2D16-5474
                                )
STATE OF FLORIDA,               )
                                )
          Appellee.             )
_____)

Opinion filed February 13, 2019.

Appeal from the Circuit Court for
Charlotte County; Donald H. Mason,
Judge.

Howard L. Dimmig, II, Public Defender,
and Gary R. Gossett, Jr., Special
Assistant Public Defender, Bartow,
for Appellant.

Ashley Brooke Moody, Attorney General,
Tallahassee, and Peter Koclanes,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


          Affirmed.


CASANUEVA, VILLANTI, and ATKINSON, JJ., Concur.